UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Pa M., | Civ. No. 20-741 (BRT) |
| Plaintiff, | |
| v. | **THIRD ORDER TO EXTEND TIME TO FILE ANSWER AND TRANSCRIPT** |
| Andrew M. Saul, Commissioner of Social Security, | |
| Defendant. | |

---

This matter is before the Court on the Defendant's third Motion for Extension of Time for File Answer, seeking an additional 60 days extension to respond to the Complaint. (Doc. No. 16.) Defendant brings the motion "because the disruption caused by the COVID-19 virus has significantly impaired the Commissioner's ability to produce the certified record and transcript." (*Id.*) Plaintiff's counsel does not agree to Defendant's request. (*Id.*)

**IT IS HEREBY ORDERED** that Defendant's third Motion for Extension of Time for File Answer (Doc. No. 16) is **GRANTED IN PART** and **DENIED IN PART**. The time for the Commissioner to file the answer and transcript is hereby extended by **30 days** to **September 7, 2020**. If Defendant is able to obtain and file a certified transcript of the record in this case sooner, Defendant should do so.

Date:  August 6, 2020          *s/ Becky R. Thorson*
                                BECKY R. THORSON
                                United States Magistrate Judge